**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CHRISTIAN JIMENEZ and
LESLIETH ALARCON,

               Petitioners,

v.                                                                    CIVIL ACTION NO. 3:26-0327

KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

               Respondents.

**ORDER TO SHOW CAUSE AND TEMPORARILY ENJOINING TRANSFER OF
PETITIONERS PENDING DISPOSITION OF PETITION**

Upon consideration of Petitioners' Petition for a Writ of Habeas Corpus (Dkt. No. 1), **IT**

**IS HEREBY ORDERED** that:

1. The Respondents **SHALL** file a written response to **SHOW CAUSE**, if any, as to why the

   Petition should not be granted, no later than 12:00 P.M. on Monday, May 11, 2026. The

   response shall indicate whether the Respondents have a good faith basis to assert that they

   will present arguments in this case that have not previously been considered and rejected

by this Court and shall indicate the Respondents' position on the necessity for a hearing. Petitioners shall have an opportunity to file a reply by Tuesday, May 12, 2026, at 8:30 AM.

2.  This matter shall be heard by this Court on Tuesday, May 12, 2026, at 1:30 PM.

3.  Respondents **SHALL NOT** remove or facilitate the removal of Petitioners and/or their property from the United States, or transfer Petitioners to a location further from the Southern District of West Virginia than where they are presently located, pending further order of the Court.

4.  Upon receipt of this Order, Respondents shall promptly ensure that all of Petitioners' property seized incident to detention, including any vehicle(s), is accounted for and that all such property can be immediately made available to Petitioners in the event Petitioners are released. To the extent Petitioners' property has already been removed from this jurisdiction, Respondents shall take all necessary steps to ensure that said property can be immediately made available to Petitioners **at the time of their release** in the event Petitioners are released.

5.  Service of this Order shall be made by Petitioners on the United States Attorney for the Southern District of West Virginia by 12:00 P.M. on Friday, May 8, 2026, and shall constitute good and sufficient service on Respondents.

ENTER:        May 8, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

-2-