**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CHRISTIAN JIMENEZ and
LESLIETH ALARCON,

        Petitioners,

v.                                  CIVIL ACTION NO. 3:26-0327

KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

        Respondents.

**ORDER**

For good cause shown, Petitioners' counsel Jonathan Sidney will be appearing remotely at

the Show Cause Hearing scheduled for 1:30 p.m. today, Tuesday, May 12, 2026.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any

unrepresented parties.

                    ENTER:        May 12, 2026

                        ROBERT C. CHAMBERS
                        UNITED STATES DISTRICT JUDGE