**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CHRISTIAN JIMENEZ and
LESLIETH ALARCON,

               Petitioners,

v.                                      CIVIL ACTION NO. 3:26-0327

KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

               Respondents.

**ORDER**

Pending is Respondents' Motion to Continue Hearing and to Provide Additional Time to File Reply. ECF No. 14. As Respondents represent that the motion is unopposed, the Court **GRANTS** the motion for a continuance. Also pending is Petitioners' Motion for Leave for Local Counsel to Appear Remotely at Hearing, or, in the Alternative, to Excuse Local Counsel From the Hearing on May 12, 2026, ECF No. 12, which is **DENIED** as moot.

The Show Cause Hearing scheduled for today, Tuesday, May 12, 2026, at 1:30 p.m. is **CONTINUED** to Monday, May 18, 2026, at 3:00 p.m. Respondents are **ORDERED** to file a

-2-

supplemental response, addressing any argument on the issue of mootness and the underlying

Petition, by Noon on Thursday, May 14, 2026. Petitioners may file any surreply by Noon on

Friday, May 15, 2026.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any

unrepresented parties.

ENTER:    May 12, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE