**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CHRISTIAN JIMENEZ and
LESLIETH ALARCON,

              Petitioners,

v.                                            CIVIL ACTION NO. 3:26-0327

KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

              Respondents.

**ORDER**

The Show Cause Hearing continued to today, Monday, May 18, 2026, at 3:00 P.M. is

**CANCELLED**. Upon agreement of the parties and with the additional briefing, the Court finds a

hearing unnecessary.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any

unrepresented parties.

                    ENTER:      May 18, 2026

                    ROBERT C. CHAMBERS
                    UNITED STATES DISTRICT JUDGE